IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA ROMANO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:25-cv-13094 |
| | : |
| KENNEDY UNIVERSITY HOSPITAL, | : |
| INC. d/b/a JEFFERSON HEALTH NEW | : |
| JERSEY, | : |
| | : |
| Defendant | : |

**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF'S DEADLINE TO MOVE TO ADD THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., D/B/A JEFFERSON HEALTH - EASTERN REGION BACK IN AS A NAMED DEFENDANT**

The parties, by and through counsel, hereby STIPULATE and AGREE as follows:

1. Plaintiff originally named Thomas Jefferson University Hospitals, Inc. d/b/a Jefferson Health – Eastern Region ("TJUH") as the defendant in the Complaint and served that entity.

2. Through counsel, Defendant explained to Plaintiff that the correct defendant for this employment case is not the named TJUH, but rather is Kennedy University Hospital, Inc. d/b/a Jefferson Health New Jersey ("JHNJ").

3. Based on that representation, Plaintiff agreed to enter into a Stipulation and Order to Terminate Thomas Jefferson University Hospitals, Inc., d/b/a Jefferson Health - Eastern Region and Substitute Kennedy University Hospital, Inc., d/b/a Jefferson Health New Jersey As Defendant, which this Court approved. [ECF No. 6].

4. In so stipulating, Plaintiff preserved her right to move to amend the Complaint to add TJUH back in as a Defendant should Plaintiff contend that discovery supports TJUH being

named a Defendant for the claims pled in the Complaint. The parties agreed that for this limited purpose of a motion for leave to amend the Complaint to add TJUH back in as a Defendant, the statute of limitations is tolled during the pendency of this civil action. [ECF No. 6].

5. The deadline for Plaintiff to file a motion for leave to amend the Complaint to add TJUH back in as a Defendant is March 5, 2026. [ECF No. 24].

6. Defendant deposed Plaintiff on February 5 and 12. Plaintiff deposed Defendant's 30(b)(6) designee(s) on February 26, 2026.

7. Due to Plaintiff's counsel's schedule, Plaintiff's counsel will not have time to review the deposition transcripts to determine whether the record warrants a motion for leave to amend the Complaint to add TJUH back in as a Defendant, and if so, draft the motion and amended Complaint, by the March 5, 2026 deadline.

8. The parties have entered into this Stipulation to extend Plaintiff's deadline to file a motion for leave to amend the Complaint to add TJUH back in as a Defendant to March 9, 2026.

9. The Court should approve of and enter this Stipulation as an Order of the Court.

Respectfully submitted,

| | |
|---|---|
| /s/Stephanie J. Mensing | /s/ Raymond A. Kresge |
| STEPHANIE J. MENSING | RAYMOND A. KRESGE |
| Mensing Law LLC | Cozen O'Connor |
| 1515 Market Street, Suite 1200 | 1010 Kings Highway South |
| Philadelphia, PA  19102 | Cherry Hill, NJ  08034 |
| (215) 586-3751 | (215) 665-2128 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

**APPROVED** and **SO ORDERED** on this _____ day of _____, 2026:

_____
MATTHEW J. SKAHILL
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Stephanie J. Mensing, hereby certify that on March 2, 2026, a true and correct copy of Stipulation and Proposed Order to Extend Plaintiff's Deadline to Move to Add Thomas Jefferson University Hospitals, Inc., D/B/A Jefferson Health - Eastern Region Back In As A Named Defendant was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the District of New Jersey and that I served the same via electronic filing upon all counsel of record.

*/s/ Stephanie J. Mensing*
STEPHANIE J. MENSING

LEGAL\82074139\1