**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Christina Romano, | : Civil Action |
| | : |
| Plaintiff | : No. 1:25-cv-13094-CPO-MJS |
| | : |
| v. | : **Motion Date: April 6, 2026** |
| | : |
| Kennedy University Hospital, Inc. | : |
| d/b/a Jefferson Health New Jersey, | : |
| | : |
| Defendant | : |

**<u>NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT TO ADD THOMAS JEFFERSON
UNIVERSITY HOSPITALS, INC., D/B/A JEFFERSON HEALTH –
EASTERN REGION BACK IN AS A NAMED DEFENDANT AND TO
AMEND THE CASE CAPTION</u>**

**PLEASE TAKE NOTICE** that Plaintiff Christina Romano will move before

the Honorable Matthew J. Skahill, U.S. Magistrate Judge, on **April 6, 2026** for an

Order (i) granting Plaintiff leave to file the proposed First Amended Complaint

attached hereto as Exhibit P-1; (ii) directing the Clerk of Court to amend the case

caption to include Thomas Jefferson University Hospitals, Inc. d/b/a Jefferson

Health – Eastern Region as a named Defendant; and (iii) granting such further and

other relief as the Court may deem just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the

attached Certification of Stephanie J. Mensing.

1

**PLEASE TAKE FURTHER NOTICE** that the motion day for Plaintiff's Motion is April 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Respectfully submitted,

Dated: March 9, 2026

/s/ Stephanie J. Mensing
Stephanie Mensing
NJ Bar No. 010752002
Mensing Law LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-586-3751; 215-359-2741 (fax)
stephanie@mensinglaw.com

Attorney for Plaintiff

2

## <u>CERTIFICATE OF SERVICE</u>

I, Stephanie J. Mensing, hereby certify that on March 9, 2026, a true and correct copy of Plaintiff's Motion for Leave to File First Amended Complaint to Add Thomas Jefferson University Hospitals, Inc., d/b/a Jefferson Health – Eastern Region Back in as a Named Defendant and to Amend the Case Caption was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the District of New Jersey and that I served the same via electronic filing upon all counsel of record.

Dated: March 9, 2026

/s/ Stephanie J. Mensing
Stephanie Mensing
NJ Bar No. 010752002
Mensing Law LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-586-3751; 215-359-2741 (fax)
stephanie@mensinglaw.com

Attorney for Plaintiff

3