

March 11, 2026

**VIA ECF**

**Raymond A. Kresge**
Direct Phone    215-665-2128
Direct Fax      215-701-2434
rkresge@cozen.com

Melissa E. Rhoads
Clerk, U.S. District Court for the District of New
Jersey
Mitchell H. Cohen Building U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ  08101

        Re:    Romano v. Kennedy University Hospital
                Civ. No. 1:25-13094-CPO-MJS

Dear Ms. Rhoads:

On March 9, 2026, Plaintiff filed a Motion for Leave to Amend Complaint to add Thomas Jefferson University Hospitals, Inc. back in as a named Defendant (ECF 30).  The original motion date for this Motion is April 6, 2026, and there has been no extension or adjournment of the original motion day.  At the request of Defendant under Local Rule 7.1(d)(5), the original motion day of April 6, 2026 is adjourned to April 20, 2026.  Consequently, Defendant's response to Plaintiff's motion is now due on April 6, 2026 and Plaintiff's reply, if any, is due on April 13, 2026.

                Respectfully,

                */s/ Raymond A. Kresge*
                Raymond A. Kresge
                Attorney for Defendant

RAK

cc:  Stephanie Mensing, Esq. (*via ECF*)

LEGAL\113941601\1