

April 3, 2026

**Raymond A. Kresge**
Direct Phone   215-665-2128
Direct Fax      215-701-2434
rkresge@cozen.com

**VIA ECF**

Honorable Matthew J. Skahill
U.S. Magistrate Judge
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

      Re:    Romano v. Kennedy University Hospital d/b/a Jefferson Health New Jersey,
           Civ. No. 25-13094 (CPO/MJS)

Dear Judge Skahill:

      Defendant requests an extension of time to April 10, 2026 to file a response in opposition to Plaintiff's Motion for Leave to File First Amended Complaint to Add Thomas Jefferson University Hospital, Inc. Back In As A Named Defendant and to Amend Case Caption (ECF 30).  Defendant submits this request because of undersigned counsel's work schedule in March 2026 followed by a planned Spring Break family trip this past week.  Plaintiff consents to this extension request.  If this extension is granted, Plaintiff's reply deadline would be extended from April 13, 2026 to April 17, 2026.  Defendant appreciates the Court's consideration of this request  and has submitted a proposed So Ordered Line that will extend the deadline to April 10, 2026 for Defendant's response to Plaintiff's Motion to File First Amended Complaint to Add Thomas Jefferson University Hospital, Inc. Back In As A Named Defendant with a corresponding extension of Plaintiff's reply deadline to April 17, 2026.

                  Respectfully,

                  */s/ Raymond A. Kresge*
                  Raymond A. Kresge
                  Attorney for Defendant

RAK
cc:  Stephanie J. Mensing, Esq. (via ECF)

                  So Ordered:

                  _____
                  MATTHEW J. SKAHILL
                  United States Magistrate Judge

LEGAL\114557805\1