

April 9, 2026

**VIA ECF**

**Raymond A. Kresge**
Direct Phone  215-665-2128
Direct Fax      215-701-2434
rkresge@cozen.com

Honorable Matthew J. Skahill
U.S. Magistrate Judge
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

      Re:    Romano v. Kennedy University Hospital d/b/a Jefferson Health New Jersey,
             Civ. No. 25-13094 (CPO/MJS)

Dear Judge Skahill:

      Defendant requests a two-day extension of time to April 14, 2026 to file a response in opposition to Plaintiff's Motion for Leave to File First Amended Complaint to Add Thomas Jefferson University Hospital, Inc. Back In As A Named Defendant and to Amend Case Caption (ECF 30).  Defendant apologizes to the Court for this second extension request (the first one being a 4-day extension) within a week and submits this request because of undersigned counsel's work schedule this week and the need to allow time for client review and input. Plaintiff consents to this extension request.  If this extension is granted, Plaintiff's reply deadline would be extended to April 21, 2026.  This extension will not affect any other deadlines in this case.  Defendant appreciates the Court's consideration of this request  and has submitted a proposed So Ordered Line that will extend the deadline to April 14, 2026 for Defendant's response to Plaintiff's Motion to File First Amended Complaint to Add Thomas Jefferson University Hospitals, Inc. Back In As A Named Defendant with a corresponding extension of Plaintiff's reply deadline to April 21, 2026.

                    Respectfully,

                    */s/ Raymond A. Kresge*
                    Raymond A. Kresge
                    Attorney for Defendant

RAK
cc:  Stephanie J. Mensing, Esq. (via ECF)

                    So Ordered:

                    _____
                    MATTHEW J. SKAHILL
                    United States Magistrate Judge

LEGAL\114724504\1