**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Christina Romano, | : | Civil Action |
| | : | |
| Plaintiff | : | No. 1:25-cv-13094-CPO-MJS |
| | : | |
| v. | : | |
| | : | |
| Kennedy University Hospital, Inc. | : | |
| d/b/a Jefferson Health New Jersey, | : | |
| | : | |
| Defendant | : | |

**SUPPLEMENTAL CERTIFICATION OF STEPHANIE J. MENSING IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT TO ADD THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., D/B/A JEFFERSON HEALTH – EASTERN REGION BACK IN AS A NAMED DEFENDANT AND TO AMEND THE CASE CAPTION**

I, Stephanie J. Mensing, being over the age of 18 and duly sworn, declare as follows:

1.     I am an attorney at law in the State of New Jersey and principal of the firm Mensing Law LLC. I represent Plaintiff Christina Romano in the above-captioned matter.

2.     Attached hereto as **Exhibit P-3** are true and correct copies of Jefferson Health New Jersey Organizational Charts, Bates No. D-00237-D-00241.

3.     Attached hereto as **Exhibit P-4 through Exhibit P-7** are true and correct copies of exemplar Jefferson enterprise-wide policies produced by Defendant in discovery, including the Jefferson FMLA Policy (D-00001-012), the

1

Jefferson Non-Discrimination Policy (D-00013-016), the Jefferson EEO Policy (D-00017-019), and the Jefferson Code of Conduct (D-00020-038).

4.    Attached as **Exhibit P-8** are true and correct copies of the cited pages to Dr. May's 30(b)(6) testimony.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.


                                        Respectfully submitted,

Dated: April 21, 2026                   /s/ Stephanie J. Mensing
                                        Stephanie J. Mensing
                                        NJ Bar No. 010752002
                                        Mensing Law LLC
                                        1515 Market Street, Suite 1200
                                        Philadelphia, PA 19102
                                        (215) 586-3751; (215) 359-2741 fax
                                        stephanie@mensinglaw.com

                                        Attorney for Plaintiff

2