# Exhibit P-3

## Jefferson Health New Jersey
## Organizational Charts
## Bates No. D-00237-D-00241



D-00237



JEFFERSON HEALTH NEW JERSEY ORGANIZATIONAL CHART

**BALIGH YEHIA, MD** — Executive Vice President, Jefferson Health

**BRIAN SWEENEY** — Interim President and COO

**PEGGY MITCHELL** — Executive Assistant
**ELLEN MITCHELL** — Exec. Asst. Board Administration

Legend:
- Divisional
- Enterprise
- Service Lines
- Dual Reporting (Divisional & Enterprise)

Enterprise column (right):
- **NICK D'AMICO** — IS&T
- **LARRY SLAGLE** — OIA
- **Open Position** — Compliance
- **Open Position** — Government & External Affairs
- **ALEX SHARNOFF** — Legal
- **MARIA CERCEO-SLADE** — Marketing
- **NICOLE PENSIERO** — Public Relations
- **HEATHER PRASAD** — Strategy

| LISA DUTTERER | AUTUM SHINGLER-NACE | FRANK ROCCO | HELENE BURNS | TIM DOMBROWSKI, DO | STEVE DESTEFANO | DAVID MAY, MD | Jefferson Medical Group- New Jersey | BRIDGET FEERY |
|---|---|---|---|---|---|---|---|---|
| VP Operations- Cherry Hill | VP Operations – Washington Twp. | VP Operations - Stratford | SVP & Chief Nursing Officer | Chief Medical Officer | VP Finance | VP, and Chief Quality and Safety Officer | AMANDA KIMMEL — VP JMG Operations - NJ / RICARDO PEREZ, JD, DO — VP JMG - NJ | AVP Human Resources |
| Clinical Lab & Pathology | Balance and Sleep Center | Respiratory Therapy | Clinical Education | Chiefs and Chairs | Budget | Operational Excellence | Ambulatory Practices | Diversity and Inclusion |
| Radiology / Imaging | Cancer | Patient Flow / Bed Management | Interventional & Cardiac Cath Lab | Credentialing | Financial Operations | Patient Safety & Risk Management | Business Development Committee | Workforce Planning |
| Guest Services | Intensivists | Transport & STAT Courier | Neuroscience | Graduate Medical Education | | Policies & Procedures | CareNOW (Urgent Care) | |
| Construction / Renovation | Pharmacy | Ambulanz | Nursing | Medical Staff Office | | Quality | Compliance | |
| Emergency Management | Post-Acute & Rehab | Case Management | Surgical Services | Research | | Regulatory | Seamless Access | |
| Security | Support Services (EVS, Food & Nutrition) | Facilities / Maintenance | Wound Care | | | Infection Control | Behavioral Health | |
| Behavioral Health | Supply Chain | | Patient Experience | | | Population Health | Primary Care | |
| Emergency & Hospital Medicine | Revenue Cycle | | Telesitters | | | | General Surgery | |
| ENT | Space Planning | | | | | | | |
| GI | Heart & Vascular | | | | | | | |
| Musculoskeletal | Neuroscience | | | | | | | |
| | Urology | | | | | | | |
| | Women & Children | | | | | | | |

Jefferson Health. HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

January 2023

D-00238



JEFFERSON HEALTH – EAST REGION ORGANIZATIONAL CHART



JEFFERSON HEALTH - EAST REGION ORGANIZATIONAL CHART

As of 10.16.2023 /em

D-00240



JEFFERSON HEALTH – EAST REGION ORGANIZATIONAL CHART

As of Jan 2024

D-00241