# Exhibit P-4
## Jefferson FMLA Policy (D-00001-012)

30(b)(6) May, M.D.

**Exhibit P2**

02/26/26 dsk

Status **Active**   PolicyStat ID   **17735039**

| | |
|---|---|
| Origination | 03/2009 |
| Last Approved | 03/2025 |
| Effective | 09/2024 |
| Last Revised | 01/2023 |
| Next Review | 09/2025 |

**Jefferson**
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

| | |
|---|---|
| Owner | Kate Kleba: SVP Total Rewards and HR Shared Services |
| Area | Human Resources |
| Applicability | Jefferson Enterprise-Wide |

# Family and Medical Leave (FMLA)/New Jersey Family Leave (NJFLA)/New Jersey SAFE Act Policy, 200.63

Contributing Departments: Human Resources

## PURPOSE

The purpose of this policy is to address three types of leave:

1. Family and Medical Leave (FMLA) leaves of absence,
2. New Jersey Leave Act (NJFLA) leaves of absence.
3. New Jersey SAFE Act leaves of absence.

In the event that there is any conflict between this policy and the FMLA, the NJFLA, or the NJ SAFE Act, the terms of the applicable law shall govern.

This policy will be administered consistently with Policy No. 200.79, as that policy relates to reasonable accommodation due to disability.

Jefferson-provided leaves of absence not covered by the FMLA, NJFLA, and/or NJ SAFE Act are addressed in Policy No. 200.49.

D-00001

# I. FAMILY AND MEDICAL LEAVE ACT (FMLA) LEAVES OF ABSENCE POLICY

## A. ELIGIBILITY

Employees may be eligible for up to twelve (12) workweeks of leave in any rolling twelve (12) month period in accordance with the Family and Medical Leave Act. Employees are eligible for FMLA if, on the date the leave commences, they: a) have been employed by Thomas Jefferson University or its Controlled Affiliates ("Jefferson") for at least twelve (12) months; and b) have worked at least one thousand, two hundred and fifty (1,250) hours during the rolling twelve (12) month period prior to the commencement of leave.

If an employee is not eligible for FMLA at the commencement of a leave of absence, but subsequently meets the eligibility requirements during the leave of absence, any absences incurred in connection with the leave after the employee meets FMLA eligibility requirements will be FMLA-covered. Absences taken prior to becoming eligible shall not be treated as FMLA.

Employees shall be eligible for a total of up to twelve (12) workweeks of FMLA in any twelve (12) month rolling period, notwithstanding the number of certifications completed or separate leave(s) of absence applied for in the twelve (12) month rolling period.

If an employee takes leave under the FMLA that is also covered by Workers' Compensation, the NJFLA, the NJ SAFE Act, or any other law, such leaves shall run concurrently and shall count simultaneously against the employee's entitlement under each respective law.

## B. QUALIFYING REASONS FOR LEAVE

Eligible employees may take leave under the FMLA for the following reasons:

- to care for one's spouse, child or parent if such spouse, child or parent has a serious health condition as defined by the Family and Medical Leave Act.
- because of the birth of a child, in order to care for such newborn child, or because of the placement of a child for adoption or foster care. Parental leave must be completed within twelve (12) months of the birth or placement to which the FMLA relates. Proof of birth, adoption or foster care must be presented upon request.
- for one's own serious health condition, including pregnancy, as defined by the Family and Medical Leave Act, which makes the employee unable to perform the functions of his or her position. The employee must contact the Designated Third-Party Administrator and provide a complete and sufficient Certification of Health Care Provider for Employee's Serious Health Condition form.

**For information about military-related leaves under the FMLA and/or NJFLA, please see the Military and Family Leave Policy No. 200.73.**

D-00002

# C. CONTINUOUS LEAVE, INTERMITTENT LEAVE, OR REDUCED WORK SCHEDULE

Where necessary and supported by information provided in the Medical Certification to the Designated Third-Party Administrator, leave covered by FMLA may be taken continuously (*i.e.,* in a single block), intermittently (*i.e.,* as separate blocks of time), or on a reduced work schedule (*i.e.,* reducing an employee's usual weekly or daily schedule). Employees must attempt to schedule such intermittent or reduced work so as to minimize the disruptions to Jefferson's operations.

Employees who are on an approved intermittent FMLA leave must, at the time an FMLA absence is requested, indicate to both their department (in accordance with the departmental callout procedure) and the Designated Third-Party Administrator that the absence is pursuant to an approved FMLA in order for the absence to be recorded as an FMLA-covered absence. Employees on intermittent or reduced-schedule leave may be temporarily reassigned to an alternative position (at the same pay and benefits) which better accommodates Jefferson's business needs during the employee's leave.

# D. TIME OFF ACCRUAL WHILE ON FMLA LEAVE

No earned time off (such as ETO, PTO, PPL, Vacation, EIB, ELB, LTS, ESL, Sick time or any other type of earned time off) will be accrued while an employee is on an FMLA leave of absence.

# E. USE OF PAID AND UNPAID LEAVE

An employee who is taking an approved FMLA leave because of the employee's own serious health condition, the serious health condition of a family member, or for parental leave must use their accrued paid leave, as set forth below, before being eligible for unpaid leave. All normal and customary deductions will continue while an employee on FMLA leave is being paid by Jefferson.

1. **PAYMENT DURING AN FMLA LEAVE OF ABSENCE FOR NONBARGAINING UNIT EMPLOYEES WHO ACCRUE PAID TIME OFF**

    a. **Eligible Non-Bargaining Unit Employees on FMLA Leave for Their Own Serious Health Condition**

    If a non-bargaining unit employee who accrues Paid Time Off (ETO, PPL, PTO, Vacation) is on an approved FMLA medical leave of absence and either does not have short term disability (STD) benefits and/or STD has not been approved, such employee must first use available Illness Hours (EIB, ELB, ESL, LTS, Sick) until all such time is exhausted in order to be paid during an approved FMLA medical leave of absence. If such employee does not have any Illness Hours or exhausts all available Illness Hours, Paid Time Off (ETO, PPL, PTO, Vacation) must be used until such available time is exhausted. Notwithstanding this exhaustion requirement, employees have the option to reserve up to 40 hours of Paid Time Off. If such employee has no accrued Paid Time Off available and/or upon exhaustion of all available (non-reserved) Paid Time Off, the FMLA medical leave will be unpaid.

D-00003

If a non-bargaining unit employee who accrues Paid Time Off (ETO, PPL, PTO, Vacation) is on an approved FMLA leave for their own serious health condition and has STD coverage and STD benefits have been approved, the manner in which the employee is paid will depend on whether the employee has available Illness Hours and/or Paid Time Off. Whether an employee qualifies for STD benefits will be determined by the Third-Party Administrator.

- For such employees who have Illness Hours, all such time must be exhausted before STD payments begin. Upon exhaustion of the employee's Illness Hours, STD payments will begin and will be paid by the disability insurer in accordance with the terms of the STD plan. In the event there is a gap or shortfall between the employee's weekly pay and the amount of the weekly disability payment, such employees must use available Paid Time Off to supplement the disability payment and make up the gap or shortfall until such Paid Time Off is exhausted. Notwithstanding this exhaustion requirement, employees have the option to reserve up to 40 hours of Paid Time Off. Employees who have applied for STD will not receive weekly disability payments (and therefore will not be able to use available Paid Time Off to supplement such payments) until after the Third-Party Administrator and/or the state approves the payment of STD benefits.

- Employees who do not have enough available Illness Hours to cover the first seven (7) calendar days of their absence must exhaust all available Illness Hours before using Paid Time Off. If such employee has no Illness Hours and/or upon exhaustion of all available Illness Hours, Paid Time Off will be used for up to the first seven (7) calendar days of the approved FMLA medical leave, if available. Any days during this first seven (7) calendar day period for which the employee does not have available Illness Hours or Paid Time Off will be unpaid. On the 8th calendar day or after the Third-Party Administrator has approved the disability claim (whichever is later), STD payments will begin and will be paid by the disability insurer in accordance with the terms of the STD plan. In the event there is a gap or shortfall between the employee's weekly pay and the amount of the weekly disability payment, such employees must use available Paid Time Off, if any, time to supplement the disability payment to make up the gap or shortfall until such Paid Time Off is exhausted. Notwithstanding this exhaustion requirement, employees have the option to reserve up to 40 hours of Paid Time Off. Employees who have applied for STD will not receive weekly disability payments (and therefore will not be able to use available Paid Time Off to supplement such payments) until after the Third-Party Administrator approves the payment of STD benefits.

b. **Eligible Non-Bargaining Unit Employees on FMLA Leave to Care For a Qualifying Family Member or For Parental Leave**

A non-bargaining employee on an approved FMLA-qualifying parental or dependent care leave must use all available Paid Time Off (ETO, PTO, PPL, and Vacation) until all such available Paid Time Off is exhausted. Notwithstanding this exhaustion

D-00004

requirement, employees have the option to reserve up to 40 hours of Paid Time Off.

If such employee has no accrued Paid Time Off available and/or upon exhaustion of all available Paid Time Off, the time out on an FMLA leave to care for a qualifying member and/or for parental leave will be unpaid.

2. **PAYMENT WHILE ON FMLA LEAVE FOR BARGAINING UNIT EMPLOYEES**

Bargaining employees will be paid according to the terms of their Bargaining Unit Agreement.

3. **PAYMENT WHILE ON FMLA LEAVE FOR UNTRACKED TIME OFF (UTO)- ELIGIBLE EMPLOYEES**

Untracked Time Off-eligible employees will be paid while on an approved FMLA leave in accordance with the Untracked Time Off policy (Policy No. 200.65).

# F. EMPLOYEE'S HEALTH BENEFITS DURING FMLA LEAVE

The same group health plan benefits an employee receives prior to taking FMLA leave will be maintained during the FMLA leave on the same basis as coverage is provided prior to taking FMLA leave. Jefferson shall continue to pay any share of the group health plan it paid prior to the employee taking FMLA leave. Any portion of the health insurance premiums paid by the employee will still be the responsibility of the employee. During the time that the employee on FMLA leave is receiving a Jefferson-issued paycheck, Jefferson shall continue to deduct any portion of the premiums owed by the employee. During any period of unpaid FMLA leave, benefit deductions will accumulate in arrears and will begin to be deducted, at a rate of one additional deduction per pay period, once the employee returns to work.

# PROCEDURE

Employees wishing to apply for FMLA leave must contact the Designated Third-Party Administrator. Employees applying for FMLA leave must provide the Designated Third-Party Administrator with the appropriate and fully completed Certification of Health Care Provider form. Employees are responsible for ensuring that their (or their family member's) health care provider(s) complete the required form(s) and otherwise furnish the Designated Third-Party Administrator with sufficient information to support their application for FMLA leave.

Employees wishing to take FMLA leave must contact the Designated Third-Party Administrator thirty (30) days in advance of the need for FMLA leave. Where an employee is unable to provide thirty (30) days' notice, such notice must be provided as soon as they learn of the need for FMLA leave. Except in extraordinary cases, notice shall be given as soon as possible or practical. Normally, notice must be given the day the employee learns of the need for FMLA leave or the next business day. Failure to provide required notice may delay the approval and start of FMLA leave.

Employees are required to report time taken against an approved FMLA leave within seven days after the start of the absence. Absences reported outside of the seven-day period may be considered unscheduled and subject to discipline pursuant to the applicable attendance policy.

D-00005

# RETURN TO WORK

Employees on an FMLA leave of absence are expected to return by the date identified by the Designated Third-Party Administrator. Employees on a continuous FMLA leave of absence must notify their department supervisor of their intent to return to work at least two (2) weeks prior to the expiration of their leave.

Employees on an FMLA medical leave of absence may not return to work without having followed the return-to-work process. Employees must return a Fitness for Duty note from their physician to the Designated Third-Party Administrator. Employees requesting to return from leave with an accommodation must submit the request for a reasonable accommodation form to the Designated Third-Party Administrator and receive an approval prior to returning to work.

Generally, employees on FMLA leave are guaranteed to return to the same or an equivalent position if they return to work prior to or immediately after exhausting their FMLA entitlement. "Key employees," as defined by the FMLA, may be denied restoration of employment by Jefferson where such restoration of employment would cause substantial and grievous economic injury to Jefferson's operations. Employees will be informed at the time of their request FMLA if they are considered a Key employee under the FMLA.

If the employee's position would have been eliminated and/or changed even if the employee had not taken FMLA, the employee will not be guaranteed restoration to the same or equivalent position upon return to work.

# TERMINATION OF EMPLOYMENT

Employees who fail to return to work by the date identified, and who have not obtained an extension of their leave of absence, may be considered to be on an unauthorized absence and therefore may be subject to disciplinary action, up to and including termination. In addition, Jefferson may recover its share of health plan premiums paid during the period of unpaid FMLA if the employee fails to return to work after their FMLA leave has been exhausted or expires, unless they fail to return to work due to:

- the continuation, recurrence or onset of the employee's or family member's serious health condition, which such condition would otherwise qualify for FMLA; or
- other circumstances beyond the employee's control, such as the serious health condition of a newborn child, the unexpected transfer of a spouse to a job location more than seventy-five (75) miles from the employee's work site, a layoff, etc.

If an employee fails to return to work because of the continuation, recurrence, or onset of a serious health condition or disability, they must advise the Designated Third-Party Administrator immediately. Additional medical certification of the serious health condition and/or disability may be required.

D-00006

# NEW JERSEY FAMILY LEAVE ACT POLICY

## A. ELIGIBILITY

A leave of absence under the New Jersey Family Leave Act (NJFLA) may be granted to eligible employees to take up to twelve (12) workweeks of job-protected leave during a rolling twenty- four (24) month period. Employees are eligible for NJFLA if, on the date the leave commences, they: a) have been employed by Thomas Jefferson University or its Controlled Affiliates ("Jefferson") for at least twelve (12) months; b) have worked at least one thousand (1,000) hours during the rolling twelve (12) month period prior to the commencement of leave; and c) routinely work within the state of New Jersey and either have a base of operations in New Jersey or their work is directed and controlled from New Jersey.

If an employee is not eligible for NJFLA at the commencement of a leave of absence, but subsequently meets the eligibility requirements during the leave of absence, any absences incurred in connection with the leave after the employee meets NJFLA eligibility requirements will be NJFLA-covered. Absences taken prior to becoming eligible shall not be treated as NJFLA leave.

Employees shall be eligible for a total of up to twelve (12) workweeks of NJFLA leave in any twenty-four (24) month rolling period, notwithstanding the number of certifications completed or separate leave(s) of absence applied for in the twenty-four (24) month rolling period.

If an employee takes leave under the NJFLA that is also covered by the FMLA, the NJ SAFE Act, or any other law, such leaves shall run concurrently and shall count simultaneously against the employee's entitlement under each respective law.

## B. QUALIFYING REASONS FOR LEAVE

Eligible employees may take leave under the NJFLA for the following reasons:

- to care for one's family member who has a serious health condition or where necessary due to an epidemic or public emergency;
- because of the birth of a child, in order to care for such newborn child, or because of the placement of a child for adoption or foster care. Parental leave must be completed within twelve (12) months of the birth or placement to which the leave relates.

## C. CONTINUOUS LEAVE, INTERMITTENT LEAVE, OR REDUCED WORK SCHEDULE

Where necessary and supported by documentation provided to the Designated Third-Party Administrator, leave covered by NJFLA may be taken continuously (*i.e.*, in a single block), intermittently (*i.e.*, as separate blocks of time), or on a reduced work schedule (*i.e.*, reducing an employee's usual weekly or daily schedule). Employees should attempt to schedule intermittent or reduced work so as to minimize the disruptions to Jefferson's operations.

D-00007

Employees who are on an approved intermittent NJFLA leave must, at the time an intermittent NJFLA absence is requested, advise both their department (in accordance with the departmental call out procedure) and the Designated Third-Party Administrator that the absence is pursuant to an approved NJFLA in order for the absence to be recorded as an NJFLA-covered absence.

## D. TIME OFF ACCRUAL WHILE ON NJFLA LEAVE

No earned time off (such as ETO, PTO, PPL, Vacation, EIB, ELB, LTS, ESL or Sick time) will be accrued while an employee is on a NJFLA leave of absence.

## E. USE OF PAID AND UNPAID LEAVE

Employees who are taking an approved NJFLA leave are required to use accrued Paid Time Off before being eligible for unpaid leave. All normal and customary deductions will continue while an employee on NJFLA leave is being paid by Jefferson.

Employees may be eligible for New Jersey Family Leave Insurance (NJFLI) while on an approved NJFLA leave of absence. In order to be eligible for NJFLI, employees must meet annual minimum employment and earnings requirements established by the State of New Jersey. Employees wishing to apply for NJFLI should apply directly with the State of New Jersey. Eligibility for payment is determined solely by the State of New Jersey. Employees are not required to use Paid Time Off in lieu of NJFLI and/or before receiving such benefits; however, in the event there is a gap or shortfall between the employee's weekly pay and the amount of the weekly NJFLI benefit, employees must use available Paid Time Off to supplement the disability payment to make up the gap or shortfall until such Paid Time Off is exhausted. Notwithstanding this exhaustion requirement, employees have the option to reserve up to 40 hours of Paid Time Off.

## F. EMPLOYEE'S HEALTH BENEFITS DURING NJFLA

The same group health plan benefits an employee receives prior to taking a NJFLA leave of absence will be maintained during the leave of absence on the same basis as coverage is provided prior to taking such a leave of absence. Jefferson shall continue to pay any share of the group health plan it paid prior to the employee taking such leave. Any portion of the health insurance premiums paid by the employee will still be the responsibility of the employee. During the time that an employee on a NJFLA leave is receiving a Jefferson-issued paycheck, Jefferson shall continue to deduct any portion of the premiums owed by the employee. During any period of unpaid leave, benefit deductions will accumulate in arrears and will begin to be deducted, at a rate of one additional deduction per pay period, once the employee returns to work.

## PROCEDURE

Employees wishing to apply for a NJFLA leave of absence must contact the Designated Third- Party Administrator, which will provide the employees with the proper forms for the type of leave being requested.

Employees wishing to take a continuous NJFLA leave of absence must contact the Designated Third-

D-00008

Party Administrator at least thirty (30) days in advance of the need for leave. Employees wishing to take intermittent leave must provide the Designated Third-Party Administrator with at least fifteen (15) days' advance notice. Where an employee is unable to provide the required notice, such notice must be provided as soon as the employee learns of the need for leave. Except in extraordinary cases, notice shall be given as soon as possible or practicable. Normally, notice must be given the day the employee learns of the need for leave or the next business day. Failure to provide required notice may delay the approval and start of leave.

# RETURN TO WORK

Employees on a NJFLA leave of absence are expected to return by the date identified by the Designated Third-Party Administrator. Employees on a continuous NJFLA leave of absence must notify their department supervisor of their intent to return to work at least two (2) weeks prior to the expiration of their leave.

# TERMINATION OF EMPLOYMENT

Employees who fail to return from NJFLA leave of absence by the date identified may be considered to be on an unauthorized absence and therefore may be subject to disciplinary action, up to and including termination. In addition, Jefferson may recover its share of health plan premiums paid during any period of unpaid NJFLA leave of absence if the employee fails to return to work after their leave of absence has been exhausted or expires.

# II. NEW JERSEY SAFE ACT LEAVE POLICY

A leave of absence under the New Jersey Security and Financial Empowerment Act (NJ SAFE Act) may be granted to eligible employees to take up to twenty (20) days of job-protected leave during a rolling twelve (12)-month period. Employees are eligible for NJ SAFE Act leave if, on the date the leave commences, they have worked in New Jersey for a New Jersey employer for at least one thousand (1,000) hours during the rolling twelve (12) month period prior to the commencement of leave.

If an employee takes leave under the NJ SAFE Act that is also covered by the FMLA, the NJFLA, or any other law, such leaves shall run concurrently and shall count simultaneously against the employee's entitlement under each respective law.

## A. QUALIFYING REASONS FOR LEAVE

Eligible employees may take leave under the NJ SAFE Act for the following reasons:

- to seek medical attention for, or recovering from, physical or psychological injuries caused by the incident to employee or an employee's spouse, civil union partner, child, parent, parent-in-law, sibling, grandparent, grandchild, blood relative, or any other individual with whom the employee can demonstrate a close association equivalent to that of a family member ("Family Member");

D-00009

- to obtain services from a victim services organization for you or a Family Member;
- to obtain psychological or other counseling for you or a Family Member;
- to participate in safety planning, temporarily or permanently relocating, or take other actions to increase the safety of yourself or a family member from future domestic or sexual violence or to ensure economic security;
- to seek legal assistance or remedies to ensure the health and safety of yourself or a Family Member, including preparing for, or participating in, any civil or criminal legal proceeding related to or derived from domestic or sexual violence; or
- to attend, participate in, or prepare for a criminal or civil court proceeding relating to an incident of domestic or sexual violence of which you or a Family Member was a victim.

## B. CONTINUOUS LEAVE OR INTERMITTENT LEAVE

Where supported by information provided to the Designated Third-Party Administrator, leave covered by NJ SAFE Act may be taken continuously (i.e., in a single block) or intermittently (i.e., as separate blocks of time). Employees must attempt to schedule such intermittent leave so as to minimize the disruptions to Jefferson's operations. Intermittent NJ SAFE Act leave may be taken in intervals of no less than one (1) day.

Employees who are on an approved intermittent NJ SAFE Act leave must, at the time such absence is requested, advise both their department (in accordance with the departmental call out procedure) and the Designated Third-Party Administrator that the absence is pursuant to an approved NJ SAFE Act leave of absence in order for the absence to be recorded as an NJ SAFE Act-covered absence.

## C. TIME OFF ACCRUAL WHILE ON NJ SAFE ACT LEAVE

No earned time off (such as ETO, PTO, PPL, Vacation, EIB, ELB, LTS, ESL or Sick time) will be accrued while an employee is on a NJ SAFE Act leave of absence.

## D. USE OF PAID AND UNPAID LEAVE

Employees who are taking an approved NJ SAFE Act leave are required to use accrued Paid Time Off before being eligible for unpaid leave. All normal and customary deductions will continue while an employee on NJFLA leave is being paid by Jefferson.

Employees may be eligible for New Jersey Family Leave Insurance (NJFLI) while on an approved NJ SAFE Act leave of absence. In order to be eligible for NJFLI, employees must meet annual minimum employment and earnings requirements established by the State of New Jersey. Employees wishing to apply for NJFLI should apply directly with the State of New Jersey. Eligibility for payment is determined solely by the State of New Jersey. Employees are not required to use Paid Time Off in lieu of NJFLI and/or before receiving such benefits; however, in the event there is a gap or shortfall between the employee's weekly pay and the amount of the weekly NJFLI benefit, employees must use available Paid Time Off to supplement the disability payment to make up the gap or shortfall until such Paid Time Off is exhausted. Notwithstanding this exhaustion requirement, employees have the option to reserve up to 40 hours of Paid Time Off.

D-00010

# E. EMPLOYEE'S HEALTH BENEFITS DURING NJ SAFE ACT LEAVE

The same group health plan benefits an employee receives prior to taking a NJ SAFE Act leave of absence will be maintained during the leave of absence on the same basis as coverage is provided prior to taking such a leave of absence. Jefferson shall continue to pay any share of the group health plan it paid prior to the employee taking such leave. Any portion of the health insurance premiums paid by the employee will still be the responsibility of the employee. During the time that an employee on a NJFLA leave is receiving a Jefferson-issued paycheck, Jefferson shall continue to deduct any portion of the premiums owed by the employee. During any period of unpaid leave, benefit deductions will accumulate in arrears and will begin to be deducted, at a rate of one additional deduction per pay period, once the employee returns to work.

## PROCEDURE

Employees wishing to take a NJ SAFE Act leave of absence must contact the Designated Third- Party Administrator to request leave, which will provide employees with the proper forms for the type of leave being requested. For leaves that are foreseeable, employees must contact the

Designated Third-Party Administrator as soon as is reasonable and practicable and must provide written, advance notice of the need for leave. The Third-Party Administrator may require the employee to provide documentation substantiating the need for NJ SAFE Act leave. Where an employee is unable to provide advanced notice, such notice must be provided as soon as the employee learns of the need for leave. Failure to provide required notice may delay the approval and start of leave.

## RETURN TO WORK

Employees on a NJ SAFE Act leave of absence are expected to return by the date identified by the Designated Third-Party Administrator. Employees on a continuous NJ SAFE Act leave of absence must notify their department supervisor of their intent to return to work at least two (2) weeks prior to the expiration of their leave.

## TERMINATION OF EMPLOYMENT

Employees who fail to return from NJ SAFE Act leave of absence by the date identified may be considered to be on an unauthorized absence and therefore may be subject to disciplinary action, up to and including termination. In addition, Jefferson may recover its share of health plan premiums paid during any period of unpaid NJ SAFE Act leave of absence if the employee fails to return to work after their leave of absence has been exhausted or expires.

D-00011

## Approval Signatures

| Step Description | Approver | Date |
| --- | --- | --- |
| Approver | Tiffany Tongue: Senior HR Business Partner | 03/2025 |

## Applicability

Jefferson Abington Hospital, Jefferson BMT and Cellular Therapy Program, Jefferson Bucks Hospital, Jefferson Dept. of Family and Community Medicine, Jefferson Einstein CenterOne, Jefferson Einstein Endoscopy Center Blue Bell, Jefferson Einstein Medical Center Montgomery Short, Jefferson Einstein Montgomery, Jefferson Einstein Philadelphia, Jefferson Einstein Willowcrest, Jefferson Enterprise, Jefferson Frankford Hospital, Jefferson Health Plans, Jefferson Health Urgent Care Centers, Jefferson Lansdale Hospital, Jefferson Magee, Jefferson Medical Group, Jefferson Moss, Jefferson New Jersey, Jefferson Surgical Center, Jefferson Torresdale Hospital, Jefferson University Health Neurobiorepository, Jefferson University Hospital - Labs, Jefferson University Hospital - Walnut Home, Sidney Kimmel Cancer Center, Thomas Jefferson University, Thomas Jefferson University - East Falls, Thomas Jefferson University Hospitals, Inc.

COPY

D-00012