# Exhibit P-5
## Jefferson Non-Discrimination Policy (D-00013-016)

30(b)(6) May, M.D.

**Exhibit P3**

02/26/26 dsk

Status  **Active**   PolicyStat ID  **13739593**



| | | |
|---|---|---|
| Origination | 12/1993 | Owner |
| Last Approved | 06/2023 | |
| Effective | 06/2023 | Area |
| Last Revised | 03/2022 | |
| Next Review | 06/2025 | Applicability |

Owner: Lori Pisarski: AVP, HR

Area: 200. Human Resources

Applicability: Jefferson Enterprise-Wide

# Non-Discrimination, Anti-Harassment, Anti-Retaliation and Reasonable Accommodation Policy, 200.79

## PURPOSE

This policy applies to all of Jefferson's officers, managers, supervisors, employees, faculty, applicants, and any individuals who provide services to Jefferson. All such individuals are both protected under and restricted by this policy.

Conduct prohibited by this policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during off-site presentations or seminars, business trips, business meetings and business-related social events.

Jefferson will not engage in or tolerate unlawful discrimination (including any form of unlawful harassment) on account of a person's sex, age, race, color, religion, creed, sexual orientation or preference, gender identity or gender expression, marital status, pregnancy, national origin, ancestry, citizenship, military status, veteran status, handicap or disability or any other protected group or status.

## POLICY

### Sexual Harassment is Prohibited

#### Sexual Harassment is Prohibited

Sexual harassment is a form of sex discrimination, and will not be tolerated. The following behaviors are prohibited, whether conducted by a man or a woman:

- To threaten or insinuate, expressly or implicitly, that any person is required to submit to sexual advances or to provide sexual favors as a condition of employment, continued employment or any term, condition or benefit of employment, or that a person's refusal to submit

D-00013

to sexual advances or to provide sexual favors will adversely affect the person's employment, continued employment or any term, condition or benefit of employment.

· To make any employment decision or take any employment action based on a person's submission to or refusal to submit to sexual advances.

· To engage in unwelcome sexually-oriented conduct which has the purpose or effect of interfering unreasonably with another person's work performance or of creating an intimidating, hostile, abusive or offensive working environment.

Sexual harassment may include a range of subtle and overt behaviors and may involve individuals of the same or different sex. Depending on the circumstances, these behaviors may include, but are not limited to: unwanted sexual advances or requests for sexual favors; sexual jokes and innuendo; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess or sexual deficiencies; leering, catcalls or touching; insulting or obscene comments or gestures; display or circulation in the workplace of sexually suggestive objects or pictures; and other physical, verbal or visual conduct of a sexual nature.

It is important to remember that these prohibitions apply to all types of oral and written communications, including but not limited to, e-mail, voice mail and Internet communications and searches.

It is no defense to inappropriate behavior that the employee had no bad intent, that it was only a joke, or that it was not directed at any particular person.

### Other Forms of Harassment Are Prohibited

Harassment based on any other protected status is equally prohibited and will not be tolerated. Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his or her age, race, color, religion, creed, sexual orientation or preference, marital status, gender identity or gender expression, pregnancy, national origin, ancestry, citizenship, military status, veteran status, handicap or disability or any other characteristic protected by law.

Harassing conduct includes, but is not limited to: epithets, slurs or stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group.

It is important to remember that these prohibitions apply to all types of oral and written communications, including but not limited to, e-mail, voice mail and Internet communications and searches.

It is no defense to inappropriate behavior that the employee had no bad intent, that it was only a joke or that it was not directed at any particular person.

### Reasonable Accommodations

Jefferson will provide reasonable accommodations which do not impose an undue hardship to qualified individuals with known disabilities or handicaps in accordance with the Americans with Disabilities Act and applicable state and local laws. Jefferson also will provide reasonable accommodations which do not impose an undue hardship for employees based upon their known religious observances, beliefs or practices in accordance with Title VII of the Civil Rights Act of 1964 and applicable state and local laws.

D-00014

In accordance with the Philadelphia Fair Practices Ordinance, Jefferson entities covered by such ordinance, will provide eligible employees with reasonable accommodations which do not impose an undue hardship with regard to the employee's known pregnancy, childbirth or related medical conditions. Likewise, in accordance with the New Jersey Law Against Discrimination, Jefferson entities covered by such law, will provide eligible employees with reasonable accommodations which do not impose an undue hardship with regard to the employee's known pregnancy, childbirth or related medical conditions. Jefferson will also comply with any obligations it may have to provide reasonable accommodations which do not impose an undue hardship with regard to an employee's known pregnancy pursuant to the Pregnancy Discrimination Act and any other applicable law.

**Requesting an Accommodation**

An employee may request an accommodation for medical (including pregnancy) or religious reasons through the employee's supervisor, manager, or department director, or by contacting her/his department's Human Resources Business Partner (HR Business Partner) or contacting the Human Resources Service Center at (215) 503-HRSC.

**Retaliation is Prohibited**

Jefferson prohibits retaliation against any individual who makes a good faith report of discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for good faith reporting of harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will not be tolerated and will result in disciplinary action. This means that management will neither engage in nor tolerate retaliation of any kind against an employee who makes a good faith complaint, serves as a witness or otherwise participates in the investigatory process.

# PROCEDURE

## What Should an Individual Do if He or She Feels That He or She Has Been Subjected to Discrimination, Harassment or Retaliation?

In some situations, a person may not realize that his or her behavior is unwelcome and/or offensive to you. Therefore, employees are encouraged to tell the offending party that his or her conduct is unwelcome and/or offensive and request that the conduct stop. If this informal approach proves ineffective, or if it is one with which a person feels uncomfortable, for whatever reason, please follow the procedure set forth below. No employee is required to directly confront the individual who has made him or her uncomfortable. Furthermore, employees are encouraged to report an offensive incident/behavior when it occurs and should not wait for the conduct to become severe or pervasive.

If an employee believes that he or she may have been discriminated against, harassed by or retaliated against by any officer, manager, supervisor, co-worker, agent or non-employee with regard to any term or condition of employment in violation of this policy, the employee should report the alleged violation immediately to whomever of the following he or she feels the most comfortable, for whatever reasons:

D-00015

the Jefferson Chief Diversity Officer, the employee's supervisor, manager, or department director, the department's HR Business Partner, the Human Resources Service Center at (215) 503-HRSC, or the AlertLine at (888) 5-COMPLY (888-526-6759). Reports can be made to the AlertLine anonymously.

All complaints will be investigated promptly, and the existence and nature of the complaint (and any corresponding records) will be disclosed only to the extent necessary to make a prompt and thorough investigation or as may be necessary to take appropriate corrective measures.

### Responsibility of Management

Any director, manager or supervisor who receives a complaint of harassment, discrimination, or retaliation, or who knows that harassment, discrimination or retaliation has occurred or is occurring to another individual, must report the same to Human Resources. Directors, managers and supervisors, as appropriate, and as requested by Human Resources, are expected to fully participate in any investigation into a potential violation of this policy.

### Sanctions for Violations of This Policy

Any officer, manager, supervisor, employee, agent or non-employee who, after appropriate investigation, has been found to have unlawfully discriminated against, harassed or retaliated against another person, or to have engaged in inappropriate behavior inconsistent with this policy (even if not unlawful), will be subject to appropriate disciplinary and/or corrective action, up to and including termination of his or her employment or other relationship with Jefferson.

## Approval Signatures

| Step Description | Approver | Date |
|---|---|---|
| Hospital Policy Committee | Lauren Meloni | 06/2023 |
| | Lori Pisarski: AVP, HR | 06/2023 |

## Applicability

Jefferson Abington Hospital, Jefferson BMT and Cellular Therapy Program, Jefferson Bucks Hospital, Jefferson Dept. of Family and Community Medicine, Jefferson Enterprise, Jefferson Frankford Hospital, Jefferson Health Urgent Care Centers, Jefferson Lansdale Hospital, Jefferson Medical Group, Jefferson New Jersey, Jefferson Torresdale Hospital, Jefferson University Health Neurobiorepository, Jefferson University Hospital - Labs, Jefferson University Hospital - Walnut Home, Sidney Kimmel Cancer Center, Thomas Jefferson University, Thomas Jefferson University - East Falls, Thomas Jefferson University Hospitals, Inc.

D-00016