# Exhibit P-6
## Jefferson EEO Policy (D-00017-019)

30(b)(6) May, M.D.

**Exhibit P4**

02/26/26 dsk

Status **Active**    PolicyStat ID   **17735555**



| | | | | |
|---|---|---|---|---|
| Origination | 10/2014 | Owner | Robert Taylor: VP HR & Labor Strategy |
| Last Approved | 03/2025 | | |
| Effective | 12/2024 | Area | Human Resources |
| Last Revised | 11/2015 | Applicability | Jefferson Enterprise-Wide |
| Next Review | 12/2025 | | |

# Policy on Equal Employment Opportunity and Diversity, 200.90

## PURPOSE

This policy sets forth Jefferson's commitment to equal employment opportunity, diversity, and inclusion.

## POLICY

All employment decisions, policies and practices are in accordance with applicable federal, state and local anti-discrimination laws. Jefferson will not engage in or tolerate unlawful discrimination (including any form of unlawful harassment) on account of a person's age, race, color, religion, creed, sexual orientation, gender/gender identity, marital status, pregnancy, national origin, ancestry, citizenship, military status, veteran status, handicap or disability or any other protected group or status.

Furthermore, Jefferson recognizes that a diverse community is imperative to achieving excellence in education, research, and patient care. Having a wide range of interests, experiences and intellectual and cultural points of view will enhance our workplace and educational environments.

Thus, Jefferson is committed to fostering, cultivating, and preserving a culture of diversity and inclusion, and will engage in activities that embrace and celebrate diversity in dimensions including:

- age, race, color, religion, creed, sexual orientation, gender, gender identity, marital status, pregnancy, national origin, ancestry, citizenship, military status, veteran status, handicap or disability or any other protected group or status.

Jefferson's commitment to diversity and inclusion is applicable to its practices and policies on recruitment and selection, professional development and training, and social and recreational programs.

All employees of Jefferson have the responsibility to treat others with mutual respect. Jefferson is

D-00017

committed to providing a welcoming and safe climate for all our students, patients, employees, house staff, postdocs, faculty, alumni, and friends that encourages and enforces the following:

- Respectful interaction with others by demonstrating a consistently open-minded and compassionate approach.
- Collaboration between employees while permitting the representation of all groups and perspectives.
- Providing exceptional service to students, patients, families and fellow employees in pursuit of quality education, research, and clinical care that promotes a greater understanding and respect for diversity.

Employees are encouraged to carefully read Policy 200.79, Policy Prohibiting Unlawful Discrimination, Harassment and Retaliation; Policy on Reasonable Accommodations. Anyone in violation of that policy will be subject to appropriate disciplinary and/or corrective action, up to and including termination of his or her employment or other relationship with Jefferson.

# Responsibility for maintenance of policy:

Vice President, Human Resources

# Contributors/Contributing Departments:

Human Resources; Vice Dean, Faculty Affairs; Assoc. Dean, Diversity and Community Engagement

## Approval Signatures

| Step Description | Approver | Date |
|---|---|---|
| Approver | Tiffany Tongue: Senior HR Business Partner | 03/2025 |

## Applicability

Jefferson Abington Hospital, Jefferson BMT and Cellular Therapy Program, Jefferson Bucks Hospital, Jefferson Dept. of Family and Community Medicine, Jefferson Einstein CenterOne, Jefferson Einstein Endoscopy Center Blue Bell, Jefferson Einstein Medical Center Montgomery Short, Jefferson Einstein Montgomery, Jefferson Einstein Philadelphia, Jefferson Einstein Willowcrest, Jefferson Enterprise, Jefferson Frankford Hospital, Jefferson Health Plans, Jefferson Health Urgent Care Centers, Jefferson Lansdale Hospital, Jefferson Magee, Jefferson Medical Group, Jefferson Moss, Jefferson New Jersey, Jefferson Surgical Center, Jefferson Torresdale Hospital, Jefferson University Health Neurobiorepository, Jefferson University Hospital - Labs, Jefferson University Hospital - Walnut Home, Sidney Kimmel Cancer

D-00018

Center, Thomas Jefferson University, Thomas Jefferson University - East Falls, Thomas Jefferson University Hospitals, Inc.



D-00019