
**COZEN O'CONNOR**

May 1, 2026

**Raymond A. Kresge**
Direct Phone   215-665-2128
Direct Fax      215-701-2434
rkresge@cozen.com

**VIA ECF**

Honorable Matthew J. Skahill
U.S. Magistrate Judge
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

      Re:    Romano v. Kennedy University Hospital d/b/a Jefferson Health New Jersey,
            Civ. No. 25-13094 (CPO/MJS)

Dear Judge Skahill:

Defendant requests a short extension of time to May 8, 2026 for Defendant to submit expert reports and disclosures.  The current deadline is May 4, 2026.  (ECF 40).  In explanation, Defendant's expert has requested the additional time in order to complete his report due to a heavy current workload.  Plaintiff consents to this extension.  This extension will not affect any other deadlines in this case.  Defendant appreciates the Court's consideration of this request and has submitted a proposed So Ordered Line that will extend the deadline to May 8, 2026 for Defendant to serve expert reports and disclosures.

      Respectfully,

      */s/ Raymond A. Kresge*
      Raymond A. Kresge
      Attorney for Defendant

RAK
cc:  Stephanie J. Mensing, Esq. (via ECF)

So Ordered:          5-1-26

MATTHEW J. SKAHILL
United States Magistrate Judge

LEGAL\115192615\1