
COZEN
O'CONNOR

May 7, 2026

**VIA ECF**

**Raymond A. Kresge**
Direct Phone   215-665-2128
Direct Fax      215-701-2434
rkresge@cozen.com

Honorable Matthew J. Skahill
U.S. Magistrate Judge
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

     Re:   Romano v. Kennedy University Hospital d/b/a Jefferson Health New Jersey,
          Civ. No. 25-13094 (CPO/MJS)

Dear Judge Skahill:

     Defendant requests a final extension of time to May 15, 2026 for Defendant to submit expert reports and disclosures.  The current deadline is May 8, 2026.  (ECF 43).  In explanation, Defendant's expert needs some additional time in order to complete his report.  Plaintiff consents to this extension.  This extension will not affect any other deadlines in this case.  Defendant appreciates the Court's consideration of this request and has submitted a proposed So Ordered Line that will extend the deadline to May 15, 2026 for Defendant to serve expert reports and disclosures.

               Respectfully,

               */s/ Raymond A. Kresge*
               Raymond A. Kresge
               Attorney for Defendant

RAK
cc:  Stephanie J. Mensing, Esq. (via ECF)

So Ordered:               May 7, 2026

MATTHEW J. SKAHILL
United States Magistrate Judge

One Liberty Place    1650 Market Street    Suite 2800    Philadelphia, PA 19103
215.665.2000    800.523.2900    215.665.2013 Fax    cozen.com