# Mensing Law LLC

**Philadelphia:**
1515 Market Street, Suite 1200
Philadelphia, PA 19102

**Malvern:**
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

Stephanie J. Mensing
215.586.3751
stephanie@mensinglaw.com

October 5, 2026

**Via ECF**
Honorable Matthew J. Skahill, U.S.M.J.
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

**Re: Romano v. Kennedy Univ. Hosp., Inc. d/b/a Jefferson Health N.J., No. 1:25-cv-13094 (D.N.J.)**
**Supplemental Letter in Further Support of Motion to Amend (ECF 30)**

Dear Judge Skahill:

Plaintiff respectfully submits this supplemental letter in further support of her Motion for Leave to File First Amended Complaint (ECF 30). Since briefing closed, Defendant produced the Beazley Remedy Insurance Policy, Policy No. V2BD1F240601 (D-00784–D-00839), which provides further evidence of the integrated enterprise relationship among the Jefferson entities. The policy identifies Thomas Jefferson University ("TJU") as the sole *Named Insured* and defines "Insured Organization" to include the Named Insured and *all Subsidiaries*—any entity in which TJU holds more than 50% ownership or control. A single Employment Practices Liability Clause covers all entities under one enterprise-wide retention, and Section XVI provides that "the Named Insured agrees to act on behalf of the Insureds" for all claims and endorsements.

This evidence directly supports the integrated enterprise factors: common ownership and financial control (all entities under one insurance program), centralized control of employment practices (one EPL policy governing claims enterprise-wide), and interrelation of operations (TJU acting on behalf of all Insureds). Notably, Defendant conceded that "JHNJ is a subsidiary of Jefferson Health Corporation" (ECF 38 at 5). The policy confirms what the organizational charts, the enterprise-labeled job description, and the 30(b)(6) testimony already established. Plaintiff respectfully requests that the Court consider this supplemental evidence in connection with the pending motion.

Respectfully submitted,

Stephanie J. Mensing

cc: Raymond A. Kresge, Esq. (via ECF)