COZEN O'CONNOR

October 21, 2026

**VIA ECF**

**Raymond A. Kresge**
Direct Phone 215-665-2128
Direct Fax 215-701-2434
rkresge@cozen.com

Honorable Matthew J. Skahill
U.S. Magistrate Judge
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

Re: Romano v. Kennedy University Hospital d/b/a Jefferson Health New Jersey, Civ. No. 25-13094 (CPO/MJS)

Dear Judge Skahill:

In its Order (ECF 61), the Court directed that the parties submit confidential settlement memoranda to Chambers on October 22, 2026. Defendant requests an extension of time of two business days to October 26, 2026 to submit its confidential settlement memorandum to Chambers by email. Certain unexpected work commitments (as explained to Plaintiff's counsel) and a planned family trip on Thursday-Saturday are the basis for this request. Plaintiff's settlement demand letter and Defendant's settlement counter-offer letter have been exchanged, and the two letters (which Plaintiff can include in her confidential submission if submitted on October 22, 2026) present the parties' respective positions. Plaintiff consents to this extension request. Defendant appreciates the Court's consideration of this request and has submitted a proposed So Ordered Line that will extend the deadline for Defendant's confidential settlement memorandum to be submitted on October 26, 2026.

Respectfully,

*/s/ Raymond A. Kresge*
Raymond A. Kresge
Attorney for Defendant

RAK
cc: Stephanie J. Mensing, Esq. (via ECF)

So Ordered:
[signature] 10-21-2026
MATTHEW J. SKAHILL
United States Magistrate Judge

LEGAL\117604090\1